IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| 3RD EYE SURVEILLANCE, LLC, | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 6:14-cv-725 |
| v. | § § | |
| e-WATCH CORPORATION, | § § | |
| Defendant. | § § | |

## JURY VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Final Jury Instructions.

**Question 1: Direct Infringement**

Did 3rd Eye prove by a preponderance of the evidence that e-Watch directly infringed any of the claims of the patent listed below?

**Answer "Yes" or "No" as to each claim:**

**U.S. Patent No. 7,323,980**

Claim 1:   Yes ___   No _X_
Claim 31:  Yes ___   No _X_

**If you did not answer "Yes" to any claim in Question 1 then skip Question 2 and proceed to answer Question 3.**

### Question 2: Willful Infringement

Did 3rd Eye prove by a preponderance of the evidence that e-Watch willfully infringed any of the claims of the patent listed below?

**Answer "Yes" or "No" as to each claim:**

### U.S. Patent No. 7,323,980

Claim 1:   Yes ___   No ___

Claim 31:  Yes ___   No ___

**Go on to Question 3.**

Question 3: Invalidity

Did e-Watch prove by clear and convincing evidence that **Claim 1** of the '980 Patent is invalid for any of the following reasons? "Yes" means the claim is invalid, and "No" means the claim is not invalid

A. Because it was anticipated by the prior art?

Yes _____     No ___X___

B. Because it does not have a sufficient written description?

Yes _____     No ___X___

Did e-Watch prove by clear and convincing evidence that **Claim 31** of the '980 Patent is invalid for any of the following reasons? "Yes" means the claim is invalid, and "No" means the claim is not invalid

A. Because it was anticipated by the prior art?

Yes _____     No ___X___

B. Because it does not have a sufficient written description?

Yes _____     No ___X___

If you answered "Yes" to any claim in Questions 1 and also answered "No" in Question 3 to the same claim to which you answered "Yes" in Questions 1, then go to Question 4.

If you did not answer "Yes" to any claim in Questions 1 then skip Question 4 and have the Jury Foreperson sign the verdict form and notify the Court Security Officer that you have reached a verdict.

4

### Question 4: Damages

What sum of money, if paid now in cash, do you find from a preponderance of the evidence should be awarded to 3rd Eye as damages?

**Answer with the amount in dollars and cents:**

$ _____